IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Earl James Parks III　　　　　　　　　　　　) Case # 15-07167
　　　　And Sylvia L Parks　　　　　　　　　　　　) Ch 13
Debtors.　　　　　　　　　　　　　　　　　　　　　) Judge Goldgar

## NOTICE OF MOTION

TO: See Attached List by US Mail
Via Electronic Service
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
US Trustee Adam Brief  Adam.Brief@usdoj.gov
Trustee Hooper - by mail at 55 E Monroe Ste 3850, Chicago, IL 60603

　　　　PLEASE TAKE NOTICE that on 6/7/2022 at 1:30 pm, I will appear before the Honorable Judge Goldgar, or any judge sitting in Judge's place, and present the attached Motion for Order Reopening Chapter 13 Case and Waiver of Filing fee.
　　　　**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
　　　　**To appear by video,** use this link: https://www.zoomgov.com/.  Then enter the meeting ID and Passcode.
　　　　**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
　　　　**Meeting ID and passcode.**  The meeting ID for this hearing is 161 319 7225 and the passcode is 584922.  The meeting ID and passcode can also be found on the judge's page on the court's website.
　　　　**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

CERTIFICATE OF SERVICE
　　　　I hereby certify that I served this notice on the parties listed on the attached service list by placing same in addressed, stamped envelopes and mailing via US Mail on 5/20/2022 and to the parties listed above via electronic service on 5/20/2022.
　　　　　　　　　　　　　　S/ Julie M Gleason ARDC 6273536

Gleason and Gleason
10522 S Cicero Ave Ste 306
Oak Lawn, IL 60453

```
Label Matrix for local noticing            JPMorgan Chase Bank, National Association   (p)NATIONSTAR MORTGAGE LLC
0752-1                                     c/o Codilis & Associates, PC                 PO BOX 619096
Case 15-07167                              15W030 North Frontage Road, Suite 100        DALLAS TX 75261-9096
Northern District of Illinois              Burr Ridge, IL 60527-6921
Eastern Division
Fri May 20 13:04:14 CDT 2022

Ocwen Loan Servicing, LLC, as servicer for U   Real Time Resolutions Inc              Recovery Management Systems Corporation
c/o Codilis & Associates, P.C.                 1349 Empire Central Drive Suite 150    25 SE Second Avenue Suite 1120
15W030 North Frontage Road, Suite 100          Dallas, TX 75247-4029                  Miami, FL 33131-1605
Burr Ridge, IL 60527-6921


U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE U   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,   U.S. Bankruptcy Court
C/O Codilis & Associates, P.C.                 c/o Codilis and Associates, P.C.              Eastern Division
15W030 North Frontage Rd.                      15W030 North Frontage Road, Suite 100         219 S Dearborn
Suite 100                                      Burr Ridge, IL 60527-6921                     7th Floor
Burr Ridge, IL 60527-6921                                                                    Chicago, IL 60604-1702


AMC Mortgage Services                     Angela Baskerville                     Aurora Bank FSB
Attn: Bankruptcy Dept.                    7939 S. Escanaba                       Attn: Bankruptcy Dept.
Po Box 11000                              Chicago,IL 60617-1413                  10350 Park Meadows Dr.
Santa Ana,CA 92711-1000                                                          Littleton,CO 80124-6800


BMO Harris Bank N.A.                      BMO Harris N.A.                        Bank of America
Attn: BRK-180-RC                          Bankruptcy Dept                        Bankruptcy Department
770 N. Water St.                          3800 West Golf Road, Suite 300         PO Box 15168
Milwaukee, WI 53202-0002                  Rolling Meadows,IL 60008-4037          Wilmington,DE 19850


Best Buy/CBNA                             Best Buy/Capital One                   Capital One, N.A.
Attn: Bankruptcy Dept.                    Attn: Bankruptcy Dept.                 c o Becket and Lee LLP
50 Northwest Point Road                   26525 N. Riverwoods Blvd.              POB 3001
Elk Grove Village,IL 60007-1032           Mettawa,IL 60045-3440                  Malvern, PA 19355-0701


(p)JPMORGAN CHASE BANK  N A               Christie Lodge                         Club Solaris
BANKRUPTCY MAIL INTAKE TEAM               Bankruptcy Dept                        Bankruptcy Dept
700 KANSAS LANE FLOOR 01                  Po Box 1196                            Blvd Kukulcan No 64 Km 19.5
MONROE LA 71203-4774                      Avon,CO 81620-1196                     Zona Hotelera QROO Cancun, Mexico


Codilis & Associates, PC                  Diamond Resorts FS                     (p)DISCOVER FINANCIAL SERVICES LLC
Bankruptcy Dept.                          Attn: Bankruptcy Dept.                 PO BOX 3025
15W030 N. Frontage Rd., #100              10600 W Charleston Blvd                NEW ALBANY OH 43054-3025
Burr Ridge,IL 60527-6921                  Las Vegas,NV 89135-1260


Discover Bank                             Equifax                                Experian
Discover Products Inc                     Attn: Bankruptcy Dept.                 Attn: Bankruptcy Dept.
PO Box 3025                               PO Box 740241                          PO Box 2002
New Albany, OH  43054-3025                Atlanta,GA 30374-0241                  Allen,TX 75013-2002


Fifth Third Bank                          Fifth Third Bank                       (p)CITIBANK
Attn: Bankruptcy Dept.                    P.O. Box 9013                          PO BOX 790034
5050 Kingsley Dr                          Addison, TX 75001-9013                 ST LOUIS MO 63179-0034
Cincinnati,OH 45227-1115
```

| | | |
|---|---|---|
| Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | JPMorgan Chase Bank, National Association<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road<br>Suite #100<br>Burr Ridge, IL 60527-6921 |
| JPMorgan Chase Bank, National Association<br>c/o Heavner , Beyers & Mihlar, LLC<br>Post Office Box 740<br>Decatur, Illinois 62525-0740 | Kohls/Capital One<br>Attn: Bankruptcy Dept.<br>PO Box 2983<br>Milwaukee,WI 53201-2983 | Lonnie Sykes<br>1611 S. 21st Ave.<br>Maywood,IL 60153-1738 |
| Nassau Terrace<br>C/o Future Property Services<br>4711 Midlothian Tpke., Ste. 17<br>Crestwood,IL 60418-4905 | Ocwen<br>Bankruptcy Dept.<br>PO Box 6440<br>Carol Stream,IL 60197-6440 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | The Palms Country Club & Resort<br>Bankruptcy Dept<br>10600 W Charleston Blvd<br>Las Vegas,NV 89135-1014 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19016-1000 | U.S. Bank National Association<br>NATIONSTAR MORTGAGE, LLC<br>Attn: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 |
| Earl James Parks III<br>3618 W. 82nd Pl.<br>Chicago, IL 60652-2406 | Nathan E Curtis<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Paul F Jensen<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Ryan S Fojo<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Scott Greenwood<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |
| Sylvia L Parks<br>3618 W. 82nd Pl.<br>Chicago, IL 60652-2406 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage, LLC.<br>PO Box 619096<br>Dallas, TX 75261-9741 | Chase Bank<br>Bankruptcy Department<br>PO Box 15298<br>Wilmington,DE 19850 | (d)Chase Card<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington,DE 19850 |

| | | |
|---|---|---|
| (d)Chase Card<br>Bankruptcy Dept.<br>PO Box 15298<br>Wilmington,DE 19850 | (d)Chase Mortgage<br>Attn: Bankruptcy Dept.<br>Po Box 24696<br>Columbus,OH 43224 | (d)Chase Mortgage<br>Bankruptcy Dept.<br>PO Box 78420<br>Phoenix,AZ 85062 |
| Discover Bank<br>Attn: Bankruptcy Dept.<br>Po Box 15316<br>Wilmington,DE 19850 | Home Depot Credit Svc/Citicard<br>Bankruptcy Department<br>PO Box 20483<br>Kansas City,MO 64195 | Hyundai Motor Finance<br>Attn: Bankruptcy Dept.<br>10550 Talbert Ave.<br>Fountain Valley,CA 92708 |
| (d)JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane; Mail Code: LA4-5555<br>Monroe, LA 71203 | (d)Nationstar Mortgage LLC<br>Pob 619096<br>Dallas TX 75261 | Portfolio Recovery Associates, LLC<br>successor to Citibank, N.A. (BEST BUY)<br>POB 41067<br>Norfolk VA 23541 |
| Wyndham Vacation Resorts<br>Bankruptcy Dept<br>PO Box 98940<br>Las Vegas,NV 89193 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fifth Third Bank | (d)U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>c/o Codilis and Associates, P.C.<br>15w030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | (d)Ocwen Loan Servicing, LLC, as servicer for<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| (d)U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     4<br>Total                  56 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Earl James Parks III                                    )  Case # 15-07167
        And Sylvia L Parks                                      )  Ch 13
Debtors.                                                        )  Judge Goldgar


MOTION TO REOPEN CHAPTER 13 CASE OF JOINT DEBTOR AND
REQUEST FOR FEE WAIVER


Joint Debtor, Sylvia Parks, by and through her attorney, Julie Gleason of Gleason and Gleason, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010. In support of his motion, Debtor respectfully states as follows:

1. Joint Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 2/28/2015.

2. Trustee Vaughn was appointed and served as the chapter 13 trustee. Joint Debtor's Chapter 13 plan paid 100% of the allowed unsecured claims. Debtors completed their plan payments and the Court entered the discharge order on 5/22/2017 and closed this bankruptcy case.

3. Joint Debtor has been made aware that she is party to a pending lawsuit that is in part a prepetition claim.

4. Joint Debtor was unaware of her claim in the lawsuit at the time of filing her Chapter 13 and as such it was not listed in her schedules. Joint debtor would like to reopen the case to amend schedules to list this claim.

5. Joint Debtor requests the filing fee for the motion to reopen be waived citing the

Judicial Conference of the United States, September 15, 2020 stating that a reopening fee must not be charged when reopening to correct an administrative error, and under 28 USC §1930 .

WHEREFORE, joint debtor respectfully asks the Court to enter an order reopening this case, assign the case to a trustee if deemed necessary, allow waiver of the filing fee, and for such other and further relief as this Court deems appropriate.

    Respectfully Submitted,
    s/ Julie M Gleason ARDC 6273536
    Counsel for Debtor

Gleason and Gleason
10522 S Cicero Ave Ste 306
Oak Lawn, IL 60453